REDACTED COPY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
2018 MAY 16 PM 12:55
CLERK, U S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
   DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Cause No.: |
| v. | § § | **INDICTMENT** |
| JOSE LUIS CAMACHO-HERNANDEZ | § § § | [Vio: 8 U.S.C. § 1326(a) & (b)(1)/(2): Illegal Re-entry into the United States.] |

**DR18CR0961**

THE GRAND JURY CHARGES:

COUNT ONE
[8 U.S.C. § 1326(a) & (b)(1)/(2)]

That on or about April 19, 2018, in the Western District of Texas, Defendant,

JOSE LUIS CAMACHO-HERNANDEZ,

an alien, attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported and removed from the United States on or about May 22, 2009, and that the Defendant had not received the consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security, to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1)/(2).

A TRUE BILL

_____
FOREPERSON

JOHN F. BASH
United States Attorney

By: _____
MATTHEW H. WATTERS
Assistant United States Attorney

SEALED:
UNSEALED: XX

## PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: <u>VAL VERDE</u>       USAO#: <u>2018R09516</u>

DATE: <u>MAY 16, 2018</u>       MAG. CT. #: <u>DR18-3694M</u>

AUSA: <u>MATTHEW H. WATTERS</u>       **DR18CR0961**

DEFENDANT: <u>JOSE LUIS CAMACHO-HERNANDEZ</u>

CITIZENSHIP: <u>MEXICO</u>

INTERPRETER NEEDED: <u>YES</u>       LANGUAGE: <u>SPANISH</u>

DEFENSE ATTORNEY: <u>DAVID N. THOMAS</u>

ADDRESS OF ATTORNEY: <u>2205 VETERANS BLVD. SUITE A-2, DEL RIO, TEXAS 78840</u>

DEFENDANT IS: <u>DETAINED</u>       DATE OF ARREST: <u>APRIL 19, 2018</u>

BENCH WARRANT NEEDED: <u>NO</u>

PROBATION OFFICER: <u>N/A</u>

NAME AND ADDRESS OF SURETY: <u>N/A</u>

YOUTH CORRECTIONS ACT APPLICABLE: <u>NO</u>

PROSECUTION BY: <u>INDICTMENT</u>

OFFENSE: (CODE & DESCRIPTION): <u>8 U.S.C. § 1326(A)(1) & (B)(1)/(2) - ILLEGAL REENTRY AFTER DEPORTATION.</u>

OFFENSE IS: <u>FELONY</u>

MAXIMUM SENTENCE: <u>20 YEARS IMPRISONMENT; A $250,000 FINE; 3 YEARS OF SUPERVISED RELEASE; AND A $100 SPECIAL ASSESSMENT.</u>

PENALTY IS MANDATORY: <u>YES & NO</u>

REMARKS: <u>SEE ABOVE</u>

W/DT-CR-3